John Daniel MITCHELL, Appellant,

v.

The STATE of Texas, Appellee.

No. 28321.

Court of Criminal Appeals of Texas.

May 16, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the misdemeanor offense of driving while intoxicated; the punishment, six months in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.